# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER FOR RELEASE** |
| | ) | **OF MEDICAL RECORDS** |
| vs. | ) | |
| | ) | |
| Justin John Hinkel, | ) | Case No.: 1:13-cr-017 |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant Justin John Hinkel is a federal prisoner being held at the Stutsman County Correctional Center in Jamestown, North Dakota. Defendant's attorney, Tom Dickson has requested the court to issue an order allowing the Jamestown Regional Medical Center to release defendant's medical records. For good cause shown, it is hereby **ORDERED** that the Jamestown Regional Medical Center may release Justin John Hinkel's medical records to his attorney, Tom Dickson.

Dated this 7th day of October, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court